UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-CIV-60306-JORDAN

VALERIE DAVIS, an individual, on behalf of
herself and all others similarly situated,

       Plaintiff,

vs.                                            **CLASS ACTION**

KATZMAN GARFINKEL, P.A.,
a Florida professional association, d/b/a
"Katzman Garfinkel Rosenbaum,"

       Defendant.
_____/

## JOINT STATUS REPORT

Plaintiff, Valerie Davis, an individual, and Defendant, Katzman Garfinkel, P.A., a Florida professional association doing business as "Katzman Garfinkel Rosenbaum," by and through their respective undersigned attorneys, hereby provide this their Joint Status Report with respect to the above matter:

1.     On Tuesday, August 31, 2010, the respective parties attended mediation with E. Hugh Chappell, Jr., Esquire, of Mediation, Inc.

2.     At mediation, the parties reached a tentative understanding with respect to the settlement of this matter on a class-wide basis. As a part of finalizing the settlement process, Defendant was required to prepare a class list for the putative class. The preparation of the class list has taken considerably longer than initially anticipated as Defendant was required to review several thousand files.

3.     The term sheet has been executed by the parties, a copy of which has been filed

-1-

contemporaneously herewith.

4. At the present time, counsel for Plaintiff is preparing *inter alia* a class action settlement agreement, motion for preliminary approval and related documents for review and execution by the respective parties.

5. It is anticipated that the drafting of the settlement documents will take approximately two (2) weeks.

Dated:   December 3, 2010.


Respectfully submitted,


| KELLER LANDSBERG, P.A. | ROBERT W. MURPHY, ESQUIRE |
|---|---|
| Counsel for Defendant | Counsel for Plaintiff |
| 100 SE Third Avenue, Ste. 1050 | 1212 SE 2nd Avenue |
| Fort Lauderdale, FL 33394 | Fort Lauderdale, FL 33316 |
| Telephone: (954) 761-3550 | Telephone: (954) 763-8660 |
| Telecopier: (954) 525-2134 | Telecopier: (954) 763-8607 |
| E-mail: wendy.stein@kellerlandsberg.com | E-mail: rphyu@aol.com |
| | |
| By: <u>Wendy J. Stein</u> | By: <u>Robert W. Murphy</u> |
|       Wendy J. Stein |       Robert W. Murphy |
|       Florida Bar No. 389552 |       Florida Bar No. 717223 |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on December 3, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on Wendy J. Stein, Esquire, Keller Landsberg, P.A., One Financial Plaza, Suite 1050, 100 SE 3rd Avenue, Fort Lauderdale, Florida 33394, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

      /s/  Robert W. Murphy
ROBERT W. MURPHY
Florida Bar No. 717223
1212 S.E. 2nd Avenue
Fort Lauderdale, FL 33316
(954) 763-8660 Telephone
(954) 763-8607 Facsimile
rphyu@aol.com